SCWC-15-0000403

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

BRANDON VACCHELLI,
Petitioner/Defendant-Appellee,

and

JOSHUA VACCHELLI,
Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000403; CR. NO. 13-1-0745)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Chang, in place of Wilson, J., recused)

Petitioner/Defendant-Appellee's Application for Writ of

Certiorari, filed on October 19, 2016, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 30, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Gary W.B. Chang

